

**MEMORANDUM
TO U.S. DISTRICT COURT CLERK'S OFFICE
EASTERN DISTRICT OF NEW YORK**

                                               **RE: RAMOS, Ligia Restrepo
Docket Number: 12-CR-672
REQUEST FOR JUDICIAL
REASSIGNMENT**

On August 7, 2015, the above-named individual was sentenced by the Hon. Sandra Townes, U.S.D.J., following a plea of guilty to one count of Money Laundering Conspiracy, in violation of 18 U.S.C. §1956(h) & 1956(a)(1)(B)(i), a Class C felony. Ramos was sentenced to a four (4) year term of probation, a $100 special assessment fee, and forfeiture in the amount of $300,000.00.  The following special conditions were also imposed:

(1) The defendant shall comply with the forfeiture order.
(2) The defendant shall make full financial disclosure to the Probation Department.
(3) The defendant shall participate in a mental health treatment program provided by the Probation Department. The defendant shall contribute to the costs of such services rendered and/or any psychotropic medications prescribed to the degree he/she is reasonably able, and shall cooperate in securing any applicable third-party payment. The defendant shall disclose all financial information and documents to the Probation Department to assess his/her ability to pay.
(4) The defendant shall maintain full-time verifiable employment and/or shall participate in an education or vocational program as approved by the Probation Department.
(5) For a period of 6 months, the defendant shall comply with curfew via electronic monitoring as directed by the U.S. Probation Department. The defendant will remain at [her] place of residence from 7 p.m. to 7 a.m. The Probation Department may designate another twelve-hour respective time period, if the defendant's employment, education, or observance of religious services preclude the above specified times. The Curfew via electronic monitoring shall commence on a date approved by the Probation Department. During the curfew period, the defendant shall wear an electronic monitoring tracking device and follow all requirements and procedures established for the curfew via electronic monitoring by the Probation Department. In addition, the defendant shall pay all costs, including the price of electronic monitoring equipment, to the degree that [she] is reasonably able. The defendant shall disclose all financial information and documents to the Probation Department to assess [her] ability to pay.

Recently, the Probation Department received correspondence from the offender's attorney informing of Ramos' desire to travel internationally in August 2018.  As such,

Court intervention is necessary at this time.  Due to the passing of Judge Townes, it is respectfully requested that jurisdiction of this case be re-assigned to another district court judge in the Brooklyn courthouse.


Submitted By:

        Kelly Devine, Sr. U.S. Probation Officer


Approved By:

        Edward J. Kanaley, Supervisory U.S. Probation Officer


May 21, 2018